## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RAJINI PERSAUD,

        Plaintiff,

                                Case No.:

-v-

**GLOBAL CREDIT &**
**COLLECTIONS CORP.,**
                                **March 7, 2011**

        Defendant.

_____/

## NOTICE OF REMOVAL

**COMES NOW** Defendant Global Credit & Collections Corp. ("Defendant"), by and through its undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, 1441 and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure and the Connecticut Rules of Civil Procedure, any and all defenses under the federal laws of bankruptcy and specifically preserving the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and hereby gives notice of the removal of this action from the Superior Court J.D. of New Haven at New Haven, to the United States District Court of Connecticut.  In support of this notice of removal, Defendant states as follows:

### I. INTRODUCTION

1.     Plaintiff Rajini Persaud ("Plaintiff") commenced this action by serving Defendant with a summons and complaint on February 7, 2011.

2.     Defendant is not aware of Plaintiff having filed the complaint that has been served on Defendant.

3.     Plaintiff's complaint asserts three counts against Defendant relating to its collection of an alleged debt owed by Plaintiff.  (*See generally*, Complaint.)  Plaintiff specifically contends that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§1692, et seq. ("FDCPA") (*Id.*, ¶¶ 1- 15),  the Connection Unfair Trade Practices Act, C.G.S. §§42-110, et seq., (*Id.*, ¶¶ 16-25), and also asserts a claim for intentional infliction of emotional distress. (*Id.*, ¶¶ 26-27).

4.     Based on these claims, Plaintiff's complaint seeks recovery of $5,000 or more for actual damages and an unspecified amount for statutory damages, ascertainable loss, punitive damages, attorney's fees, and costs. (*See generally*, Complaint.)

5.     This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present.  Section 1441 provides, in pertinent part:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the constitution, treaties, or laws of the United States shall be removable without regard to the citizenship or residence of the parties.  Any other such action shall be removable only if none of the parties in interest properly joined and served as defendant is a citizen of the State in which such action is brought.

28 U.S.C. § 1441(a).

6.     Plaintiff's state law claims may also be removed pursuant to 28 U.S.C. § 1367(a), which states  in pertinent part:

> …in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

28 U.S.C. § 1367(a)

## II. FEDERAL QUESTION JURISDICTION

7.      Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."  28 U.S.C. § 1331. Removal jurisdiction based upon a federal question exists when a federal question is presented on the face of a plaintiff's complaint.  *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

8.      This is a civil action arising under the Constitution, laws, or treatises of the United States, because Plaintiff is asserting a claim against Defendant based upon alleged violations FDCPA, which is a federal consumer protection statute.  *See* Complaint, ¶¶ 1- 15; *see also* 15 U.S.C. § 1692 *et seq.*  Accordingly, Plaintiff's FDCPA claim arises under the laws of the United States and could have been originally filed in this Court.

## III. SUPPLEMENTAL JURISDICTION

9.      Federal district courts have supplemental jurisdiction over state law claims that are so related to the Federal claims "that they form part of the same case or controversy."  28 U.S.C. § 1367(a).  District Courts hearing FDCPA claims have supplemental jurisdiction over state law claims that form part of the same case or controversy.  *See Franke v. Global Credit & Collection Corp.*, Case No. 3:10-cv-1535, 2010 WL 4449373, *1 (D. Conn. Nov. 1, 2010).

10.      This Court has supplemental jurisdiction over Plaintiff's state law claims asserted under C.G.S. §§42-11, et seq. and for intentional infliction of emotional distress.

(*Id.*, ¶¶ 16-25 and ¶¶ 26-27, respectively).  Those claims, like Plaintiff's federal question claim arising under the FDCPA, arise from the same set of operative facts relating to the alleged wrongful collection practices.  Accordingly, Plaintiff's state law claims are related to Plaintiff's federal question claim, and thereby form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

## IV.  ADOPTION AND RESERVATION OF DEFENSES

11.     Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Federal Rule of Civil Procedure 12 or the Connecticut Rules of Civil Procedure, any state or federal statute, or otherwise.

## V.  TIMING OF REMOVAL

12.     This removal is timely because it is being filed within thirty (30) days of service of Plaintiff's initial complaint on Defendant.

## VI.  ADDITIONAL PROCEDURAL REQUIREMENTS

13.    This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

14.    True and correct copies of "all process, pleadings, and orders" served upon Defendant to date are attached hereto as Exhibit "A" in conformity with 28 U.S.C. § 1446(a).  There has been no other process, pleadings, or orders served upon Defendant to date in this case.

15.    Defendant has heretofore sought no similar relief.

16.    The United States District Court for Connecticut is the court embracing the place where this action is pending in state court.

17.    No parties other than Defendant were served and therefore, no other parties need join in the removal.

18.    Contemporaneously with the filing of this notice of removal, Defendant is filing a copy of the same with the clerk of the Superior Court J.D. of New Haven at New Haven, Connecticut and a notice of filing notice of removal, attached hereto as Exhibit "B".  Written notice of the filing of this notice of removal has also been served upon Plaintiff.

19.    Defendant reserves the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Superior Court J.D. of New Haven at New Haven, to the United States District Court of Connecticut.

THE DEFENDANT,
GLOBAL CREDIT
& COLLECTIONS CORP.

By:_____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER,
P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Removal and the Notice to Counsel re Local Rule 5(a) have been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the _8th_ day of March, 2011:

Theresa Rose DeGray
Consumer Legal Services, LLC
Post Office Box 474
Guilford, CT 06437
Telephone: 203-458-8200
Fax: 203-738-1062
Attorney for the Plaintiff

_____
Attorney

16210 v116210-v1

# EXHIBIT A

| **SUMMONS - CIVIL**<br>JD-CV-1 Rev. 10-09<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-<br>45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>*www.jud.ct.gov* | See page 2 for instructions |
|---|---|---|

| ☐ | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. |
|---|---|
| ☒ | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. |
| ☐ | "X" if claiming other relief in addition to or in lieu of money or damages. |

**TO:** Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (*Number, street, town and zip code*) (C.G.S. §§ 51-346, 51-350)<br>**235 Church Street  New Haven, CT  06510** | Telephone number of clerk (*with area code*)<br>**203-503-6800** | Return Date (*Must be a Tuesday*)<br>**04  05  2011**<br>Month   Day   Year |
|---|---|---|

| ☒ Judicial District     G.A.<br>☐ Housing Session     Number: | At (*Town in which writ is returnable*) (C.G.S. §§ 51-346, 51-349)<br>**New Haven** | Case type code (*See list on page 2*)<br>Major: **M**     Minor: **90** |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (*Number, street, town and zip code*)<br>**Consumer Legal Services, LLC, Post Office Box 474, Guilford, 06437** | Juris number (*to be entered by attorney only*)<br>**430221** |
|---|---|
| Telephone number (*with area code*)<br>**203-458-8200** | Signature of Plaintiff (*if self-represented*) |

| Number of Plaintiffs: **1** | Number of Defendants: **1** | Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name (*Last, First, Middle Initial*) and Address of Each party (*Number; Street; P.O. Box; Town; State; Zip; Country, if not USA*) | |
|---|---|---|---|
| First Plaintiff | Name:<br>Address: | **Persaud, Rajini**<br>**198 Brushy Plain Rd.; Branford; CT; 06405** | P-01 |
| Additional Plaintiff | Name:<br>Address: | | P-02 |
| First Defendant | Name:<br>Address: | **Global Credit & Collection Corp.**<br>**300 International Drive, Suite 100; NY; 14221** | D-50 |
| Additional Defendant | Name:<br>Address: | | D-51 |
| Additional Defendant | Name:<br>Address: | | D-52 |
| Additional Defendant | Name:<br>Address: | | D-53 |

## Notice to Each Defendant

**1. YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.

**2.** To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.

**3.** If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."

**4.** If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."

**5.** If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (*Sign and "X" proper box*)<br>☐ Commissioner of the Superior Court<br>☒ Assistant Clerk | Name of Person Signing at Left<br>**Theresa Rose Nickols DeGray** | Date signed<br>**02-01-11** |
|---|---|---|

For Court Use Only

If this Summons is signed by a Clerk:
c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (*Self-Represented Plaintiff*) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
**Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610**

| Signed (*Official taking recognizance*); "X" proper box | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>**02-01-11** | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: APRIL 5, 2011          :     SUPERIOR COURT

PERSAUD, RAJINI                     :     J. D. OF NEW HAVEN

V.                                  :     AT NEW HAVEN

GLOBAL CREDIT & COLLECTION CORP.    :     FEBRUARY 1, 2011

## COMPLAINT

**FIRST COUNT**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C § § 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" and/or "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and § 42-110a(3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

4. The Defendant has a business address of 300 International Drive, Suite 100, Williamsville, New York, 14221; the Defendant is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and § 42-110a(3)).

5. On February 10, 2010, the Defendant and/or the Defendant's Agent sent a dunning letter to the Plaintiff; a copy of which is attached hereto as Exhibit A.

6. Said letter stated, in pertinent part, "Your delinquent account now meets CAPITOL ONE BANK (USA), N.A.'s criteria for legal action if it charges off....... CAPITOL ONE BANK (USA), N.A. has not yet made a decision to file a lawsuit, there is still time for you to work with us to resolve this matter." "CAPITOL ONE BANK (USA), N.A. may be forced to take legal action. This could result in a judgment against you. If a judgment

is obtained against you, CAPITOL ONE BANK (USA), N.A. can take whatever actions
they deem advisable to enforce it. In addition, judgments are a matter of public record
and employers, landlords, and other creditors can check your credit and see that the
judgment has been taken against you." "Prior to any judgment, you will be notified and
able to raise defenses. CAPITOL ONE BANK (USA), N.A.'s remedies will be subject to
applicable property exemptions." "It is not too late to fix this situation. We urge you to
act now."

7. The phrases, "there is still time" and "CAPITOL ONE BANK (USA), N.A. may be
   forced" and "we urge you," in the Defendant's letter are harassing, oppressing and
   abusive, in violation of 15 U.S.C. § 1692d.

8. The phrase, "In addition, judgments are a matter of public record," in the Defendant's
   letter is the use or threat of use to harm the reputation of any person is in violation of 15
   U.S.C. § 1692d(1).

9. The phrases, "meets....criteria for legal action" and "has not yet made a decision to file a
   lawsuit" in the Defendant's letter are false, deceptive and misleading, in violation of 15
   U.S.C. § 1692e(2)(A).

10. The Defendant violated 15 U.S.C. § 1692e. ( 2)(A), (3), (7) and § 1692d. and § 1692f. by
    mentioning "legal action," "judgment against you," "can take whatever actions they deem
    advisable to enforce it," within the federally required 30-day validation period.

11. Neither the Defendant nor the company that they represent, are attorneys admitted to
    practice law in any jurisdiction, nor are the letters from Defendant signed by attorneys
    admitted to practice law in any jurisdiction.

12. Pursuant to statutory law, the Defendant has no legal authority to make such a
    recommendation or threat of legal action. (15 U.S.C. §1692e(2)(A), 3, and 7).

13. Such statements could also be construed as the unauthorized practice of law by a non-
    attorney in violation of the laws of the State of Connecticut governing professional
    responsibility.

14. Any and all of the Defendant's acts averred in this complaint were harassing, oppressive, unfair, deceptive and/or unconscionable.

15. As a result of its acts the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act.

## SECOND COUNT

16. Paragraphs 1-15 of the First Count are hereby incorporated into the Second Count as though stated in full.

17. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

18. By act the Defendant violated the Connecticut Unfair Trade Practices Act (C.G.S. §§ 42-110a-42-110j) in its attempt to collect the alleged underlying debt.

19. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. § §42-110 et seq.), residing in Branford, Connecticut.

20. The Defendant is a "person" as defined by C.G.S. §42-110 et seq.

21. As a result of the conduct of the Defendant alleged in Paragraph six (6) of Count One, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience in attempting to dispute the alleged debt.

22. The conduct of the Defendant alleged in Paragraph six (6) of Count One constitutes an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its actions or omissions were without reasonable justification or excuse.

23. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or

commerce alleged in Paragraph six (6) of Count One in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

24. The Defendant's acts averred in Paragraph six (6) of Count One were unfair, deceptive and/or unconscionable.

25. As a result of its acts, the Defendant is liable to the Plaintiff pursuant to the Connecticut General Statues and the Connecticut Unfair Trade Practices Act.

## COUNT THREE

26. Paragraphs 1-25 of Count Two are incorporated into Count Three as though stated in full.

27. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Rajini Persaud

By:

THERESA ROSE DEGRAY
Consumer Legal Services, LLC
Post Office Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

RETURN DATE: APRIL 5, 2011      :      SUPERIOR COURT

PERSAUD, RAJINI             :      J. D. OF NEW HAVEN

V.                      :      AT NEW HAVEN

GLOBAL CREDIT & COLLECTION CORP.  :      FEBRUARY 1, 2011

### STATEMENT RE: AMOUNT IN DEMAND

    The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                            THE PLAINTIFF
                            Rajini Persaud

By:

                            THERESA ROSE DEGRAY
                            Consumer Legal Services, LLC
                            Post Office Box 474
                            Guilford, CT 06437
                            Tel: 203-458-8200
                            Fax: 203-738-1062
                            Juris No.: 430221

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

 ·02-2010 12:18 From:BRANFORD          912034839294          To:12035361001

PO Box 101928, Dept. 2417
Birmingham, AL 35210                    00119



C R E D I T A  C O L L E C T I O N  C O R P

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083
1-877-295-9638

| Client: | Capital One Bank (USA), N.A. |
|---|---|
| Account Number: | 5178057307181318 |
| Global ID: | 23822742 |
| Amount Due: | $678.88 |

February 19, 2010

22523-19*5**********AUTO**MIXED AADC 350
RAJINI PERSAUD
198 BRUSHY PLAIN RD
BRANFORD CT 06405-2601

Dear Rajini Persaud,

**Your delinquent account now meets Capital One Bank (USA), N.A.'s guidelines for legal action if it charges off.**

Your account has been placed with Global Credit & Collection Corp., a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Capital One Bank (USA), N.A. has not yet made a decision to file a lawsuit, there is still time for you to work with us in resolving this matter.

If we cannot get this matter resolved soon and your account charges off, Capital One Bank (USA), N.A. may be forced to take legal action. This could result in a judgment against you. If Capital One Bank (USA), N.A. obtains a judgment against you, they can take whatever actions they deem advisable to enforce it. In addition, judgments are a matter of public record, and employers, landlords, and other creditors can check your credit and see that the judgment has been taken against you.

It is not too late to fix this situation. We urge you to act now.

Call our office today at 1-877-295-9638 to make arrangements to resolve this matter, if you cannot make your minimum payment, we can go over the options available to you.

Prior to any judgment, you will be notified and able to raise defenses. Capital One Bank (USA), N.A.'s remedies will be subject to applicable property exemptions.

Mr. McCullough
1-877-295-9638

If you would like to make your payment directly to Capital One please visit **www.capitalone.com/solutions**.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
Detach and Return Bottom Portion with Payment

Please print address changes below using blue or black ink.

0000000 0 5178057307181318 00 0000000000000000000

Total Balance: $678.88

Total Enclosed: $ _____

| Street | | Apt. # |
|---|---|---|

| City | | State | ZIP |
|---|---|---|---|

| Home Phone | Alternate Phone |
|---|---|

5178057307181318
RAJINI PERSAUD
198 BRUSHY PLAIN RD
BRANFORD CT 06405-2601

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083



EXHIBIT
A

# EXHIBIT B

RETURN DATE:  April 5, 2011      :

                                      :      SUPERIOR COURT

RAJINI PERSAUD,             :

                                  :      JUDICIAL DISTRICT OF

                Plaintiff,        :      NEW HAVEN

                                  :

v.                            :      AT NEW HAVEN

                                  :

GLOBAL CREDIT &
COLLECTIONS CORP.,         :

                                  :      MARCH 7, 2011

                Defendant.     :

                                  :

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on,  March 7, 2011, the defendant, Global Credit & Collections Corp., ("Defendant"), through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter.  With this filing, this action now stands removed from the Superior Court for the Judicial District of New Haven at New Haven to the United States District Court for the District of Connecticut.  A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of Removal is being filed with the Clerk of the Superior Court for the Judicial District of New Haven at New Haven.

Dated at Bridgeport, Connecticut this  7th  day of  March, 2011.

DEFENDANT GLOBAL CREDIT & COLLECTIONS CORP.

By:_____

    Jonathan D. Elliot

ZELDES, NEEDLE & COOPER, P.C.
      1000 Lafayette Boulevard
      P.O. Box 1740
      Bridgeport, CT 06601-1740
      Tel:  (203) 333-9441
      Fax: (203) 333-1489
      Juris No. 69695


      Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:


Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437


Dated at Bridgeport, Connecticut on this   day of,   March, 2011.



_____
Jonathan D. Elliot

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

See page 2 for instructions

| | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. |
|---|---|
| ☒ | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. |
| ☐ | "X" if claiming other relief in addition to or in lieu of money or damages. |

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street  New Haven, CT  06510 | 203-503-6800 | 04   05   2011 Month   Day   Year |

| ☒ Judicial District   G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51- | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session   Number: | New Haven | Major: **M**   Minor: **90** |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, Post Office Box 474, Guilford, 06437 | 430221 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| 203-458-8200 | |

| Number of Plaintiffs: 1 | Number of Defendants: 1 | Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|---|
| First Plaintiff | Name: Address: | Persaud, Rajini 198 Brushy Plain Rd.; Branford; CT; 06405 | P-01 |
| Additional Plaintiff | Name: Address: | | P-02 |
| First Defendant | Name: Address: | Global Credit & Collection Corp. 300 International Drive, Suite 100; NY; 14221 | D-50 |
| Additional Defendant | Name: Address: | | D-51 |
| Additional Defendant | Name: Address: | | D-52 |
| Additional Defendant | Name: Address: | | D-53 |

## Notice to Each Defendant

**1. YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.

**2.** To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.

**3.** If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."

**4.** If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."

**5.** If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Theresa Rose Nickols DeGray | Date signed 02-01-11 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date ATTEST: A TRUE COPY JOSEPH MUSUMECI CONNECTICUT MARSHAL HARTFORD COUNTY |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 | | |
|---|---|---|
| Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610 | | |

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date 02-01-11 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: APRIL 5, 2011     :     SUPERIOR COURT

PERSAUD, RAJINI     :     J. D. OF NEW HAVEN

V.     :     AT NEW HAVEN

GLOBAL CREDIT & COLLECTION CORP.     :     FEBRUARY 1, 2011

## COMPLAINT

**FIRST COUNT**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C § § 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" and/or "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and § 42-110a(3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

4. The Defendant has a business address of 300 International Drive, Suite 100, Williamsville, New York, 14221; the Defendant is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and § 42-110a(3)).

5. On February 10, 2010, the Defendant and/or the Defendant's Agent sent a dunning letter to the Plaintiff; a copy of which is attached hereto as Exhibit A.

6. Said letter stated, in pertinent part, "Your delinquent account now meets CAPITOL ONE BANK (USA), N.A.'s criteria for legal action if it charges off……. CAPITOL ONE BANK (USA), N.A. has not yet made a decision to file a lawsuit, there is still time for you to work with us to resolve this matter." "CAPITOL ONE BANK (USA), N.A. may be forced to take legal action. This could result in a judgment against you. If a judgment

is obtained against you, CAPITOL ONE BANK (USA), N.A. can take whatever actions they deem advisable to enforce it. In addition, judgments are a matter of public record and employers, landlords, and other creditors can check your credit and see that the judgment has been taken against you." "Prior to any judgment, you will be notified and able to raise defenses. CAPITOL ONE BANK (USA), N.A.'s remedies will be subject to applicable property exemptions." "It is not too late to fix this situation. We urge you to act now."

7. The phrases, "there is still time" and "CAPITOL ONE BANK (USA), N.A. may be forced" and "we urge you," in the Defendant's letter are harassing, oppressing and abusive, in violation of 15 U.S.C. § 1692d.

8. The phrase, "In addition, judgments are a matter of public record," in the Defendant's letter is the use or threat of use to harm the reputation of any person is in violation of 15 U.S.C. § 1692d(1).

9. The phrases, "meets….criteria for legal action" and "has not yet made a decision to file a lawsuit" in the Defendant's letter are false, deceptive and misleading, in violation of 15 U.S.C. § 1692e(2)(A).

10. The Defendant violated 15 U.S.C. § 1692e. ( 2)(A), (3), (7) and § 1692d. and § 1692f. by mentioning "legal action," "judgment against you," "can take whatever actions they deem advisable to enforce it," within the federally required 30-day validation period.

11. Neither the Defendant nor the company that they represent, are attorneys admitted to practice law in any jurisdiction, nor are the letters from Defendant signed by attorneys admitted to practice law in any jurisdiction.

12. Pursuant to statutory law, the Defendant has no legal authority to make such a recommendation or threat of legal action. (15 U.S.C. §1692e(2)(A), 3, and 7).

13. Such statements could also be construed as the unauthorized practice of law by a non-attorney in violation of the laws of the State of Connecticut governing professional responsibility.

14. Any and all of the Defendant's acts averred in this complaint were harassing, oppressive, unfair, deceptive and/or unconscionable.

15. As a result of its acts the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act.

## SECOND COUNT

16. Paragraphs 1-15 of the First Count are hereby incorporated into the Second Count as though stated in full.

17. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

18. By act the Defendant violated the Connecticut Unfair Trade Practices Act (C.G.S. §§ 42-110a-42-110j) in its attempt to collect the alleged underlying debt.

19. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. § 42-110 et seq.), residing in Branford, Connecticut.

20. The Defendant is a "person" as defined by C.G.S. §42-110 et seq.

21. As a result of the conduct of the Defendant alleged in Paragraph six (6) of Count One, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience in attempting to dispute the alleged debt.

22. The conduct of the Defendant alleged in Paragraph six (6) of Count One constitutes an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its actions or omissions were without reasonable justification or excuse.

23. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or

commerce alleged in Paragraph six (6) of Count One in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

24. The Defendant's acts averred in Paragraph six (6) of Count One were unfair, deceptive and/or unconscionable.

25. As a result of its acts, the Defendant is liable to the Plaintiff pursuant to the Connecticut General Statues and the Connecticut Unfair Trade Practices Act.

**COUNT THREE**

26. Paragraphs 1-25 of Count Two are incorporated into Count Three as though stated in full.

27. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Rajini Persaud

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
Post Office Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| RETURN DATE: APRIL 5, 2011 | : | SUPERIOR COURT |
|---|---|---|
| PERSAUD, RAJINI | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| GLOBAL CREDIT & COLLECTION CORP. | : | FEBRUARY 1, 2011 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

THE PLAINTIFF
Rajini Persaud

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
Post Office Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

02-2010 12:18 From:BRANFORD          9120348392S4          To:12035581001

PO Box 101928, Dept. 2417
Birmingham, AL 35210                    00119



G L ❂ B A L

C R E D I T & C O L L E C T I O N C O R P

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083
1-877-295-9638

February 19, 2010



| | |
|---|---|
| Client: | Capital One Bank (USA), N.A. |
| Account Number: | 5178057307181318 |
| Global ID: | 23822742 |
| Amount Due: | $678.88 |

22523-19*6**********AUTO**MIXED AADC 350
RAJINI PERSAUD
198 BRUSHY PLAIN RD
BRANFORD CT 06405-2601

Dear Rajini Persaud,

**Your delinquent account now meets Capital One Bank (USA), N.A.'s guidelines for legal action if it charges off.**

Your account has been placed with Global Credit & Collection Corp., a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Capital One Bank (USA), N.A. has not yet made a decision to file a lawsuit, there is still time for you to work with us in resolving this matter.

If we cannot get this matter resolved soon and your account charges off, Capital One Bank (USA), N.A. may be forced to take legal action. This could result in a judgment against you. If Capital One Bank (USA), N.A. obtains a judgment against you, they can take whatever actions they deem advisable to enforce it. In addition, judgments are a matter of public record, and employers, landlords, and other creditors can check your credit and see that the judgment has been taken against you.

It is not too late to fix this situation. We urge you to act now.

Call our office today at 1-877-295-9638 to make arrangements to resolve this matter, if you cannot make your minimum payment, we can go over the options available to you.

Prior to any judgment, you will be notified and able to raise defenses. Capital One Bank (USA), N.A.'s remedies will be subject to applicable property exemptions.

Mr. McCullough
1-877-295-9638

If you would like to make your payment directly to Capital One please visit **www.capitalone.com/solutions**.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
Detach and Return Bottom Portion with Payment

Please print address changes below using blue or black ink.                    0000000 0 5178057307181318 00 0000000000000000000

Total Balance: $678.88

Street _____ Apt. #                    Total Enclosed: $ _____

City _____ State _____ ZIP _____

Home Phone _____ Alternate Phone _____                    Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

5178057307181318
RAJINI PERSAUD
198 BRUSHY PLAIN RD
BRANFORD CT 06405-2601



EXHIBIT

A

1-877-295-9638