IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAJINI PERSAUD,

        Plaintiff,

-v-

GLOBAL CREDIT &
COLLECTIONS CORP.,

        Defendants.

Case No.: 3:11-cv-00358-SRU

SIPULATION OF DISMISSAL
WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
RAJINI PERSAUD,

By: _____
Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road Suite 11B
Guilford, CT 06437
Tel. 203-458-8200
Fax. 203-738-1062
Email: TRD@ConsumerLegalServicesLLC.com
    Her Attorney

THE DEFENDANT
GLOBAL CREDIT &
COLLECTIONS CORP.,

By _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-222-1489
e-mail: jelliot@znclaw.com
Its Attorney

So Ordered: _____  Dated: